B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of New Jersey

In re  Joanne Manimtim            ,            Case No.  17-23563-RG

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Restora, LLC | Bayview Loan Servicing, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Selene Finance
9990 Richmond Ave, Suite 400 South
Houston, TX 77042

Phone:  877-332-3543
Last Four Digits of Acct #:    1221

Court Claim # (if known):    8-1
Amount of Claim:   $404,077.81
Date Claim Filed:   11/20/2017

Phone:  
Last Four Digits of Acct. #:    2595

Name and Address where transferee payments should be sent (if different from above):
Selene Finance
9990 Richmond Ave, Suite 400 South
Houston, TX 77042

Phone:  877-332-3543
Last Four Digits of Acct #:   1221

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/  Taylor Bartle            Date:  05/14/2019
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

Recording Requested By:
RESTORA, LLC

When Recorded Mail To:
RESTORA, LLC
2003 WESTERN AVENUE
SUITE 340
SEATTLE, WA, 98121

Loan #: ███
TS Ref #: ███
Client Ref #: 1102595D



## CORPORATE ASSIGNMENT OF MORTGAGE

NJ/UNION

Assignment Prepared on: December 06, 2018

**Assignor: BAYVIEW DISPOSITIONS IVB, LLC**, at 4425 PONCE DE LEON BLVD., 5TH FLOOR, CORAL GABLES, FL, 33146

**Assignee : RESTORA, LLC**, at 2003 WESTERN AVENUE, SUITE 340, SEATTLE, WA, 98121

For value received, the Assignor does hereby grant, sell, assign, transfer and convey, unto the above-named Assignee all interest under that certain Mortgage Dated: 12/1/2009, in the amount of $336,787.00, executed by JOANNE DELROSARIO, MARRIED WOMAN AND RANDO A. MANIMTIM, HER HUSBAND to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR 1ST 2ND MORTGAGE CO OF NJ, INC., A CORPORATION, ITS SUCCESSORS AND ASSIGNS. Recorded: 12/11/2009, Instrument #: 503421, Book: 12831, Page: 0395 in UNION County, State of New Jersey.

Property Address: 40 JAMES AVENUE, CLARK, NJ, 07066

TO HAVE AND TO HOLD, the same unto Assignee, its successors and assigns, forever, subject only to the terms and conditions of the above-described Mortgage.

BAYVIEW DISPOSITIONS IVB, LLC

On: DEC 13 2018

By: _____
Name: ESLOAN SOTOLONGO
Title: ASSISTANT VICE PRESIDENT

State of FLORIDA
County of MIAMI-DADE

On DEC 13 2018, before me, Rogelio A. Portal, a Notary Public in and for MIAMI-DADE in the State of FLORIDA, personally appeared ESLOAN SOTOLONGO, ASSISTANT VICE PRESIDENT, BAYVIEW DISPOSITIONS IVB, LLC, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal,

Rogelio A. Portal
Notary Expires: 8/25/2020 / #: FF 993630

ROGELIO A. PORTAL
MY COMMISSION # FF 993630
EXPIRES: August 25, 2020
Bonded Thru Notary Public Underwriters

NJ/UNION

**Recording Requested By:**
RESTORA, LLC

**When Recorded Mail To:**
RESTORA, LLC
2003 WESTERN AVENUE
SUITE 340
SEATTLE, WA, 98121

Loan #:
TS Ref #:
Client Ref #: 1102595C

## CORPORATE ASSIGNMENT OF MORTGAGE

NJ/UNION

Assignment Prepared on: December 06, 2018

**Assignor: BAYVIEW LOAN SERVICING, LLC**, at 4425 PONCE DE LEON BLVD, 5TH FLOOR, CORAL GABLES, FL, 33146

**Assignee : BAYVIEW DISPOSITIONS IVB, LLC**, at 4425 PONCE DE LEON BLVD., 5TH FLOOR, CORAL GABLES, FL, 33146

For value received, the Assignor does hereby grant, sell, assign, transfer and convey, unto the above-named Assignee all interest under that certain Mortgage Dated: 12/1/2009, in the amount of $336,787.00, executed by JOANNE DELROSARIO, MARRIED WOMAN AND RANDO A. MANIMTIM, HER HUSBAND to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR 1ST 2ND MORTGAGE CO OF NJ, INC., A CORPORATION, ITS SUCCESSORS AND ASSIGNS.   Recorded: 12/11/2009, Instrument #: 503421, Book: 12831, Page: 0395 in UNION County, State of New Jersey.

Property Address: 40 JAMES AVENUE, CLARK, NJ, 07066

TO HAVE AND TO HOLD, the same unto Assignee, its successors and assigns, forever, subject only to the terms and conditions of the above-described Mortgage.

BAYVIEW LOAN SERVICING, LLC

On: **DEC 1 3 2018**

By: _____
Name: ESLOAN SOTOLONGO
Title:   ASSISTANT VICE PRESIDENT

State of FLORIDA
County of MIAMI-DADE

On **DEC 1 3 2018**, before me, Rogelio A. Portal, a Notary Public in and for MIAMI-DADE in the State of FLORIDA, personally appeared ESLOAN SOTOLONGO, ASSISTANT VICE PRESIDENT, BAYVIEW LOAN SERVICING, LLC, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal,

_____
Rogelio A. Portal
Notary Expires: 8/25/2020 / #: FF 993630

ROGELIO A. PORTAL
MY COMMISSION # FF 993630
EXPIRES: August 25, 2020
Bonded Thru Notary Public Underwriters

**NJ/UNION**

## CERTIFICATE OF SERVICE

On May 14, 2019, I placed a true and correct copy of the attached Notice of Mortgage Payment Change electronically filed using the Court's ECF system, which will send notification of such filing, or by First Class, postage pre-paid, to the following parties listed below:

Trustee via e-filing:
Marie-Ann Greenberg
magecf@magtrustee.com

U.S. Trustee via e-filing:
USTPRegion03.NE.ECF@usdoj.gov

Debtor's Counsel via e-filing:
Justin M Gillman
Gillman, Bruton & Capone, LLC
ecf@gbclawgroup.com

Debtor(s) via first class mail:
Joanne Manimtim
40 James Ave.
Clark, NJ 07066

Dated: May 14, 2019

/s/Taylor Bartle
Taylor Bartle, legal assistant