UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)
Marie-Ann Greenberg MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

IN RE:

JOANNE MANIMTIM

Case No.: 17-23563

Adv. No.:

Hearing Date:

Judge: RG

## CERTIFICATION OF SERVICE

1. I, Jessica Antoine, am a Paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 07/08/2019, I sent a copy of the following pleadings and/or documents to the parties listed below:

**Certification of Default**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
JOANNE MANIMTIM
40 JAMES AVE.
CLARK, NJ  07066
Mode of Service:  Regular Mail

Attorney for Debtor(s):
JUSTIN M. GILLMAN, ESQ.
770 AMBOY AVENUE
EDISON, NJ  08837
Mode of Service:  Notice of Electronic Filing (NEF)

Dated:  July 08, 2019

By:  /S/ Jessica Antoine
Jessica Antoine