Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−23563−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Joanne Manimtim
  aka Joanne Del Rosario
  40 James Ave.
  Clark, NJ 07066

Social Security No.:
  xxx−xx−2415

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 8/21/19 at 10:00 AM

to consider and act upon the following:

*70* − Certification in Opposition to (related document:67 Certification of Default of Standing Trustee. re: Failure to Sell or Refinance Real Property or Complete Loan Modification Report. Filed by Marie−Ann Greenberg. Objection deadline is 7/22/2019. (Attachments: # 1 SELL/REFIN DEFAULT−Proposed Dismissal Order) filed by Trustee Marie−Ann Greenberg) filed by Justin M Gillman on behalf of Joanne Manimtim. (Gillman, Justin)

Dated: 7/23/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court