| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Gillman, Bruton & Capone, LLC<br>770 Amboy Avenue<br>Edison, NJ 08837<br>(732) 661-1664<br>Attorney for Debtor<br>By: Justin M. Gillman, Esq. |
| In Re:<br><br>     Joanne Manimtim<br><br><br>                              Debtors |

Order Filed on August 7, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 17-23563

Judge: Hon. Rosemary Gambardella, U.S.B.J.

Chapter:  13

Hearing Date:  N/A

# ORDER APPROVING LOAN MODIFICATION AGREEMENT

The relief set forth on the following pages, numbers two (2) through three (3) is hereby ORDERED.

**DATED: August 7, 2019**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

- 1 -

- 2 -

THIS MATTER having been brought before the Court by way of the Debtor's Motion to Approve Loan Modification Agreement with Selene Finance, LP, the servicer of the first mortgage on the Debtor's Residence at 40 James Ave., Clark, NJ 07066; Justin M. Gillman, Esq. Gillman, Bruton & Capone, appearing on behalf of the Debtor and Notice of the within Motion having been given and parties having been given timely Notice of the Motion; and the Court having considered the submissions to it; and for Good Cause Shown;

IT IS ORDERED as follows:

1. THAT the Debtor is hereby authorized to enter into the Loan Modification Agreement which has been provided to the Debtor by Selene Finance, LP, under the terms set forth therein.

2. THAT within thirty (30) days of the date of this Order, Selene Finance, LP shall amend the pre-petition arrange portion of their secured claim (Claim No. 8) to reflect the distributions paid through the Plan through the date of the Loan Modification Agreement.

3. THAT the claim of Selene Finance, LP (Claim No. 8) shall be treated outside the Plan and there shall be no distributions to Selene Finance, LP on its claim through the Plan.

4. THAT the Debtor shall file a Modified Plan within twenty (20) days of this Order.

5. THAT with respect to any post-petition orders, claims for post-petition mortgage arrears, and orders for creditor's attorney's fees which are being capitalized into the loan, secured creditor will amend any and all post- petition orders or claims within 30 days after completion of the loan modification.

- 3 -

6.  THAT Selene Finance, LP shall provide a fully executed copy of the Loan Modification Agreement to Debtor's counsel within thirty (30) days.

7.  THAT the secured creditor shall, within thirty (30) days of entry of the within Order, file a Stipulation of Dismissal of any pending foreclosure proceedings now pending in the State Court and cancel any Lis Pendens.

8.  THAT that secured creditor shall forward regular monthly billing statements directly to the Debtor.