UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Gillman, Bruton & Capone, LLC
770 Amboy Avenue
Edison, NJ 08837
(732) 661-1664
Attorney for Debtor
By: Justin M. Gillman, Esq.

Order Filed on August 7, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

    Joanne Manimtim

                Debtors

Case No.: 17-23563

Judge: Hon. Rosemary Gambardella, U.S.B.J.

Chapter: 13

Hearing Date: N/A

## ORDER APPROVING LOAN MODIFICATION AGREEMENT

The relief set forth on the following pages, numbers two (2) through three (3) is hereby ORDERED.

**DATED: August 7, 2019**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

- 1 -

THIS MATTER having been brought before the Court by way of the Debtor's Motion to Approve Loan Modification Agreement with Selene Finance, LP, the servicer of the first mortgage on the Debtor's Residence at 40 James Ave., Clark, NJ 07066; Justin M. Gillman, Esq. Gillman, Bruton & Capone, appearing on behalf of the Debtor and Notice of the within Motion having been given and parties having been given timely Notice of the Motion; and the Court having considered the submissions to it; and for Good Cause Shown;

IT IS ORDERED as follows:

1. THAT the Debtor is hereby authorized to enter into the Loan Modification Agreement which has been provided to the Debtor by Selene Finance, LP, under the terms set forth therein.

2. THAT within thirty (30) days of the date of this Order, Selene Finance, LP shall amend the pre-petition arrange portion of their secured claim (Claim No. 8) to reflect the distributions paid through the Plan through the date of the Loan Modification Agreement.

3. THAT the claim of Selene Finance, LP (Claim No. 8) shall be treated outside the Plan and there shall be no distributions to Selene Finance, LP on its claim through the Plan.

4. THAT the Debtor shall file a Modified Plan within twenty (20) days of this Order.

5. THAT with respect to any post-petition orders, claims for post-petition mortgage arrears, and orders for creditor's attorney's fees which are being capitalized into the loan, secured creditor will amend any and all post- petition orders or claims within 30 days after completion of the loan modification.

6.     THAT Selene Finance, LP shall provide a fully executed copy of the Loan Modification Agreement to Debtor's counsel within thirty (30) days.

7.     THAT the secured creditor shall, within thirty (30) days of entry of the within Order, file a Stipulation of Dismissal of any pending foreclosure proceedings now pending in the State Court and cancel any Lis Pendens.

8.     THAT that secured creditor shall forward regular monthly billing statements directly to the Debtor.

United States Bankruptcy Court
District of New Jersey

In re:  
Joanne Manimtim  
    Debtor

Case No. 17-23563-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Aug 08, 2019  
                       Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2019.  
db          +Joanne Manimtim,    40 James Ave.,    Clark, NJ 07066-1231

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2019                                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2019 at the address(es) listed below:  
       Denise E. Carlon    on behalf of Creditor    Atlantica, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Justin M Gillman    on behalf of Debtor Joanne Manimtim ecf@gbclawgroup.com, 5326@notices.nextchapterbk.com,e4eaf5f23@maildrop.clio.com  
       Linda S. Fossi    on behalf of Creditor    US Bank Cust for PC6, LLC lfossi@zeitzlawfirm.com, gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com  
       Marie-Ann Greenberg    magecf@magtrustee.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
       United States Trustee    USTPRegion03.NE.ECF@usdoj.gov  
       William M. E. Powers, III    on behalf of Creditor    Bayview Loan Servicing, LLC ecf@powerskirn.com  
       William M.E. Powers    on behalf of Creditor    Bayview Loan Servicing, LLC ecf@powerskirn.com  
       William M.E. Powers, III    on behalf of Creditor    Bayview Loan Servicing, LLC ecf@powerskirn.com  
                                                                             TOTAL: 9