Certificate Number: 05781-NJ-DE-033565436

Bankruptcy Case Number: 17-23563



05781-NJ-DE-033565436

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 17, 2019, at 12:02 o'clock AM PDT, Joanne Manimtim completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:  October 17, 2019             By:    /s/Allison M Geving

                                    Name:  Allison M Geving

                                    Title: President